# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAYLOR M. GUDE, a minor,** by and through her parents and next friends, **TOM AND CINDY GUDE,** | **CASE NO. 8:07-cv-00282** |
| **Plaintiffs.** | |
| v. | **STIPULATION TO DISMISS** |
| **FMSJBP, LLC,** a Nebraska limited liability corporation doing business as Norman Food Stores, Inc., **HEALTH-RITE PHARMACY,** a member of Arizona cooperative United Drugs, and **BARBARA BOSTON, R.Ph.** | |
| **Defendants.** | |

COMES NOW the undersigned and stipulates to Plaintiffs' voluntary dismissal of the above-captioned matter without prejudice, each party to pay their own costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

October 17, 2007.

| | |
|---|---|
| **TAYLOR M. GUDE, a minor, by and through her parents and next friends, Tom and Cindy Gude, Plaintiffs,** | **NORMAN'S FOOD STORES, INC, and FMSJBP, LLC, d/b/a HEALTH-RITE PHARMACY, Defendants,** |
| By: /s/ Melany S. Chesterman<br>Melany S. Chesterman, #20044<br>Hauptman, O'Brien, Wolf & Lathrop, PC<br>1005 South 107th Avenue Suite 200<br>Omaha, NE 68114<br>(402) 390-9000 Telephone<br>(402) 397-7915 Facsimile<br>mchesterman@hauptman-obrien.net | By: /s/ Thomas J. Culhane<br>Thomas J. Culhane, # 10859<br>Jason R. Yungtum, # 21355<br>Erickson & Sederstrom<br>10330 Regency Parkway Drive<br>Omaha, NE  68114-3761<br>(402) 397-2200 Telephone<br>(402) 390-7137 Facsimile<br>tculh@eslaw.com<br>jyungtum@eslaw.com |

**BARBARA BOSTON, R.Ph., Defendant,**

By: /s/ Edward G. Warin
Edward G. Warin, # 14396
Patrick E. Brookhouser, Jr., # 19245
McGrath, North, Mullin & Kratz, P.C.
222 South 15th Street Suite 1400
Omaha, NE  68102
(402) 341-3070 Telephone
(402) 341-0216 Facsimile
ewarin@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com