IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAYLOR M. GUDE, a minor, by and through her parents and next friends, TOM GUDE, and CINDY GUDE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV282 |
| v. | ) ) | |
| FMSJBP, LLC, a Nebraska limited liability corporation, HEALTH-RITE PHARMACY, a member of Arizona cooperative United Drugs, and R.PH. BARBARA BOSTON, | ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the parties' joint Stipulation to Dismiss without Prejudice, Filing No. 20. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 19th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge